```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 3 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIG Management Services, *as subrogor of*
*Webster Avenue Neighborhood Pharmacy, L.L.C.*,

               Plaintiff,

-against-

1427 Webster, L.L.C and Grayson & White, Ltd.

               Defendants.
------------------------------------------------------------X

08 Civ.1978 (PAC)
ORDER OF DISMISSAL

HONORABLE PAUL A. CROTTY, United States District Judge:

The above entitled action has been on the Court's active docket since February 28, 2008, and there having been no activity, it is,

ORDERED, that the above-entitled action be and hereby is DISMISSED, without costs to either party, subject to reopening upon written communication from either party. Please visit my Individual Practices with respect to communications with chambers, specifically Rule 1A. The Clerk of Court is directed to close out this case.

Dated: New York, New York
        July 30, 2008

SO ORDERED

*[signature]*
PAUL A. CROTTY
United States District Judge

1